IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>         Plaintiff,   )  <br>  -vs-                                )   Case No.: 21-MJ-231 STE <br>  )  <br> DANICA R. FELTY,              )   Violation: 18 U.S.C. §§ 7(3), 13 <br>  )                  21 O.S. § 843.5(C) <br>  )  <br>         Defendant.           ) | |

**I N F O R M A T I O N**

The United States Attorney charges:

**COUNT 1**
**(Child Neglect)**     NG –

On or about March 10, 2021, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 5734B Honeycutt Road,

- - - - - - - - - - - - - - - - - - DANICA R. FELTY - - - - - - - - - - - - - - - - - - -

the defendant, did willfully neglect her child.

All in violation of Title 21, Oklahoma Statutes, Section 843.5, Subsection C, and Title 18, United States Code, Sections 7(3) and 13.

Dated this __5TH__ day of __MAY__, 2021.

ROBERT J. TROESTER
Acting United States Attorney

_/s/ Kelsey Kornblut_

KELSEY A. KORNBLUT
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
(580) 558-1096